**Fill in this information to identify your case:**

Debtor 1: **Cindy Lee Temple**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number (if known):

☐ Check if this is an amended filing

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7     12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:  List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| **Creditor's name:** **First Home Mortgage Corporation** <br><br> **Description of property securing debt:** **43 Pine Bluffs Lane Elkton, MD 21921  Cecil County** value from zillow.com <br><br> **Joint with Ex-Husband Ronald Estep** | ■ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br> ■ Yes |
| **Creditor's name:** **Harley Davidson Financial** <br><br> **Description of property securing debt:** **2017 Harley-Davidson XL1200T 1300 miles** **Car 3** value from nada.com | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: **Continue to make monthly payments as they become due** | ☐ No <br> ■ Yes |
| **Creditor's name:** **Lendmark Financial Services** | ☐ Surrender the property. | ☐ No |

Official Form 108                    **Statement of Intention for Individuals Filing Under Chapter 7**                    page 1

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | Cindy Lee Temple | | Case number (*if known*) | |

| | | | | |
|---|---|---|---|---|
| | name: | | ☐ Retain the property and redeem it. | ■ Yes |
| | Description of property securing debt: | 2004 Ford F150 154,000 miles Car 2 value from carmax | ☐ Retain the property and enter into a *Reaffirmation Agreement.* ■ Retain the property and [explain]: Continue to make monthly payments as they become due | |

| | | | | |
|---|---|---|---|---|
| Creditor's name: | Lendmark Financial Services | ☐ Surrender the property. ☐ Retain the property and redeem it. | ☐ No | |
| Description of property securing debt: | 2009 Surveyor Forest River M-303 value from nada.com Joint with Dean A. Mays | ☐ Retain the property and enter into a *Reaffirmation Agreement.* ■ Retain the property and [explain]: Continue to make monthly payments as they become due | ■ Yes | |

| | | | | |
|---|---|---|---|---|
| Creditor's name: | Mr. Cooper | ■ Surrender the property. ☐ Retain the property and redeem it. | ☐ No | |
| Description of property securing debt: | 43 Pine Bluffs Lane Elkton, MD 21921  Cecil County value from zillow.com Joint with Ex-Husband Ronald Estep | ☐ Retain the property and enter into a *Reaffirmation Agreement.* ☐ Retain the property and [explain]: | ■ Yes | |

| Part 2: | List Your Unexpired Personal Property Leases |

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| **Describe your unexpired personal property leases** | | **Will the lease be assumed?** |
|---|---|---|
| Lessor's name: | Wendel Sexton | ☐ No ■ Yes |
| Description of leased Property: | Rental Agreement | |

| Part 3: | Sign Below |

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X  **/s/ Cindy Lee Temple**
   **Cindy Lee Temple**
   Signature of Debtor 1

   Date   **April 25, 2019**

X  _____
   Signature of Debtor 2

   Date

Official Form 108                **Statement of Intention for Individuals Filing Under Chapter 7**                page 2